AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ANDREW CONTASTI; ANNETTE CONTASTI;
JOE HERNANDEZ

### V.

CITY OF SOLANA BEACH

### JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**    09cv1371-WQH-BLM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Motion for Summary Judgment, or in the Alternative Summary Adjudication of Issues filed by Defendant City of Solana Beach is granted.

| July 27, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/M. Cruz |
| | (By) M. Cruz, Deputy Clerk |
| | ENTERED ON July 27, 2011 |