AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| ANDREW CONTASTI, an individual; ANNETTE CONTASTI, an individual; JOE HERNANDEZ, an individual<br>v.<br>CITY OF SOLANA BEACH, | ) ) ) ) ) ) | Case No.: 09cv1371 WQH<br>Hearing Date: August 22, 2011<br>Hearing Time: 10:00 a.m.<br>Hearing Location: Clerk's Office<br>880 Front Street, suite 4290<br>San Diego, CA 92101 |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___7/27/11___ against ___Plaintiffs___,
                                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ |
| Fees for service of summons and subpoena ................................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,179.87 |
| Fees and disbursements for printing.................................................. | |
| Fees for witnesses *(itemize on page two)* .................................... | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .............................................. | |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals.......................................... | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................................... | |
| TOTAL | $ 1,179.87 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

   ☑ Electronic service          ☐ First class mail, postage prepaid
   ☐ Other: _____
       s/ Attorney: _[signature]_____
          Name of Attorney:   Robert C. Martinez

For: _____City of Solana Beach_____                    Date:  August 1, 2011
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                                By: _____
   *Clerk of Court*                    *Deputy Clerk*                            *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| SHORT TITLE: Contasti v. City of Solana Beach | CASE NO. 09 CV 1371 WQH |
|---|---|
| **BILL OF COSTS ITEMIZATION** ||

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:

| **Deponent** | **Format** | **Amount** |
|---|---|---|
| Joseph C. Hernandez | Original + certified copy | $ 453.04 |
| Annette Contasti | Original + certified copy | $ 329.64 |
| Andrew Contasti | Original + certified copy | $ 397.19 |
| | | $1,179.87 |

**BILL OF COSTS ITEMIZATION**

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA  92101
Phone:(619) 234-9100   Fax:(619) 234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112781 | 5/9/2011 | 61555 |
| Job Date | Case No. | |
| 4/27/2011 | 09 CV 1371 WQH BLM | |
| Case Name | | |
| Contasti vs. City of Solana Beach | | |
| Payment Terms | | |
| Net 30 | | |

Robert Martinez, Esq.
McDOUGAL, LOVE, ECKIS, BOEHMER & FOLEY
8100 La Mesa Boulevard
Suite 200
La Mesa, CA  91942

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Joseph C. Hernandez                                                                  453.04

TOTAL DUE >>>                    $453.04
AFTER 6/8/2011  PAY              $498.34

Your Transcripts, Exhibits, Invoices and Statements can be accessed online!
Call Teresa today for this complimentary service!  (619) 234-9100

Acceptance of work product constitutes acceptance of terms.  Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum.  No adjustments or refunds will be made after 90 days.

*** CONNECTING YOU WORLDWIDE THROUGH VIDEOCONFERENCING!

(-) Payments/Credits:             453.04
(+) Finance Charges/Debits:        45.30
(=) New Balance:                   $0.00

Tax ID: 20-0986545                                            Phone: (619) 440-4444   Fax:(619) 440-4907

*Please detach bottom portion and return with payment.*

Robert Martinez, Esq.
McDOUGAL, LOVE, ECKIS, BOEHMER & FOLEY
8100 La Mesa Boulevard
Suite 200
La Mesa, CA  91942

Invoice No.   : 112781
Invoice Date  : 5/9/2011
**Total Due**   : **$0.00**

Job No.     : 61555
BU ID       : 1-MAIN
Case No.    : 09 CV 1371 WQH BLM
Case Name   : Contasti vs. City of Solana Beach

Remit To:   **SHELBURNE SHERR COURT REPORTERS, INC.**
            **501 West Broadway**
            **Suite 1330**
            **San Diego, CA  92101**

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA  92101
Phone:(619) 234-9100   Fax:(619) 234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112847 | 5/10/2011 | 61554 |
| **Job Date** | **Case No.** | |
| 4/26/2011 | 09 CV 1371 WQH BLM | |
| **Case Name** | | |
| Contasti vs. City of Solana Beach | | |
| **Payment Terms** | | |
| Net 30 | | |

Robert Martinez, Esq.
McDOUGAL, LOVE, ECKIS, BOEHMER & FOLEY
8100 La Mesa Boulevard
Suite 200
La Mesa, CA  91942

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Annette Contasti     329.64
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrew Contasti     397.19

TOTAL DUE >>>   $726.83
AFTER 6/9/2011  PAY   $799.51

WE THANK YOU FOR YOUR BUSINESS!

Acceptance of work product constitutes acceptance of terms. Invoices are issued on the credit of our client and cannot be transferred. Past due accounts are subject to a carrying fee of 18% per annum. No adjustments or refunds will be made after 90 days.

*** CONNECTING YOU WORLDWIDE THROUGH VIDEOCONFERENCING!

(-) Payments/Credits:   726.83
(+) Finance Charges/Debits:   72.68
(=) New Balance:   $0.00

Tax ID: 20-0986545

Phone: (619) 440-4444   Fax:(619) 440-4907

*Please detach bottom portion and return with payment.*

Robert Martinez, Esq.
McDOUGAL, LOVE, ECKIS, BOEHMER & FOLEY
8100 La Mesa Boulevard
Suite 200
La Mesa, CA  91942

Invoice No.   :   112847
Invoice Date  :   5/10/2011
**Total Due**  :   **$0.00**

Job No.      :   61554
BU ID        :   1-MAIN
Case No.     :   09 CV 1371 WQH BLM
Case Name    :   Contasti vs. City of Solana Beach

Remit To:   **SHELBURNE SHERR COURT REPORTERS, INC.**
        **501 West Broadway**
        **Suite 1330**
        **San Diego, CA  92101**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>**Contasti v. City of Solana Beach**</u>
**Case No. 09 CV 1371 WQH BLM**

**CERTIFICATE OF SERVICE**

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 8100 La Mesa Blvd., Suite 200, La Mesa, California 91942.

On August 4, 2011, I served the within documents:

**BILL OF COSTS**

( X )   BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

| | |
|---|---|
| Frederik A. Jacobsen, Esq.<br>P.O. Box 2003<br>Menlo Park, CA 94026<br>Tel: (650) 483-2556 / Fax: (415) 373-1078<br>fredjacobsen@earthlink.net | Counsel for Plaintiffs |

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 4, 2011, at La Mesa, California.

*s/ Robert C. Martinez*
Robert C. Martinez, Esq.
McDougal, Love, Eckis,
Boehmer & Foley
8100 La Mesa Blvd., Suite 200
La Mesa, CA 91942
Tel: 619.440.4444 Fax: 619.440.4907
Email: rmartinez@mclex.com

1