Steven E. Boehmer (#144817)
Robert C. Martinez (#190713)
McDOUGAL, LOVE, ECKIS
BOEHMER & FOLEY
8100 La Mesa Blvd., Suite 200
La Mesa, CA 91942
Tel: (619) 440-4444
Fax: (619) 440-4907

Attorneys for Defendant City of Solana Beach

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CONTASTI, ANNETTE CONTASTI, and JOE HERNANDEZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOLANA BEACH,<br><br>Defendant. | CASE NO: 09 CV 1371 WQH BLM<br><br>**CITY OF SOLANA BEACH'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER GRANTING ADDITIONAL TIME TO OPPOSE THE CITY'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable William Q. Hayes<br>Courtroom 4 |

Defendant CITY OF SOLANA BEACH ("City") hereby submits the following opposition to Plaintiffs' ex parte application for an order granting additional time to respond to the City's motion for summary judgment.

I.

**THE REQUESTED RELIEF SHOULD BE DENIED**

On April 29, 2011, the City filed a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiffs filed no opposition to the City's motion. On July 26, 2011, this Court granted the City's Motion for Summary Judgment. On July 27, 2011, Judgment was entered

for the City against Plaintiffs. On August 22, the City was awarded $1,179.87 in costs against Plaintiffs.

On December 16, 2011, *seven months ago*, Plaintiffs began the process of setting aside the Judgment. However, Plaintiffs never considered consulting with an attorney to represent themselves in this matter. Plaintiff Andrew Contasti's declaration states "[w]e began looking for replacement counsel shortly after learning the judgment had been entered but we believed that we needed to get the judgment set aside before any new lawyer would represent us." If that were true, then any attorney that Mr. Contasti approached about this matter (in December of last year) would have informed him that he did not have to wait until the Judgment was set aside to retain new counsel. In fact, this Court instructed Plaintiffs to retain new counsel.

On April 18, 2012, this Court requested that Plaintiffs file a motion for substitution pursuant to Local Rule 83.3 indicating whether Plaintiffs will represent themselves in this action *or appoint a new attorney*. Plaintiffs ignored the Court's initial request. Then again on May 31, 2012, this Court made the same request. On June 29, 2012, and July 5, 2012, Plaintiffs tardily complied with the Court request and substituted themselves in pro se.

Further, Plaintiffs' have not sought leave of Court to appoint "new counsel." (Local Rule 83.3(g).) Rather, Plaintiffs' "new counsel" has simply appeared and asked for ex parte relief. Procedurally, Plaintiffs' need to substitute in new counsel with leave of the Court before said new counsel can appear for Plaintiffs. (If new counsel is associating in with Plaintiffs in pro se, then Plaintiffs' tardiness imputes to new counsel and a continuance should not be granted.)

## II.

### THE CITY WILL BE PREJUDICED IF THE REQUESTED RELIEF IF GRANTED

The City is entitled to have this matter conclusively resolved. To recap, the City obtained a Judgment against Plaintiffs in the State Court action on June 2009. In this Court, the City obtained a Judgment on July 27, 2011. Now, another year has passed and Plaintiffs want to re-litigate the matter. Plaintiffs have had many bites at the proverbial apple and granting them the requested relief ignores the City's interest in having this matter concluded and is therefore prejudicial.

## III.

## CONCLUSION

For the foregoing reasons, the City opposes any continuance for Plaintiffs to oppose the City's motion for summary judgment.

Dated: July 19, 2012

McDOUGAL, LOVE, ECKIS
BOEHMER & FOLEY

By: _/s/ Robert C. Martinez_
Steven E. Boehmer
Robert C. Martinez
Attorneys for Defendant City of Solana Beach

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>Contasti v. City of Solana Beach</u>
Case No. 09 CV 1371 WQH BLM

## CERTIFICATE OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 8100 La Mesa Blvd., Suite 200, La Mesa, California 91942.

On July 19, 2012, I served the within documents:

**CITY OF SOLANA BEACH'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER GRANTING ADDITIONAL TIME TO OPPOSE THE CITY'S MOTION FOR SUMMARY JUDGMENT**

( X ) BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Michael M. Berger, Esq.<br>Diana Iketani Iorlano, Esq.<br>Dinesh R. Badkar, Esq.<br>11355 West Olympic Blvd.<br>Los Angeles, CA 90064-1614 | Attorneys for Andrew Contasti, Annette Contasti and Joe Hernandez |

I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 19, 2012, at La Mesa, California.

<u>s/ Robert C. Martinez</u>
Robert C. Martinez, Esq.
McDougal, Love, Eckis, Boehmer & Foley
8100 La Mesa Blvd., Suite 200
La Mesa, CA 91942
Tel: 619.440.4444
Fax: 619.440.4907
Email: <u>rmartinez@mclex.com</u>