UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CONTASTI; ANNETTE CONTASTI; and JOE HERNANDEZ,<br><br>　　　　　　Plaintiffs,<br>v.<br>CITY OF SOLANA BEACH,<br>　　　　　　Defendant. | Case No. 09cv1371-WQH (BLM)<br><br>**ORDER SETTING FINAL PRETRIAL CONFERENCE** |

　　　　On October 3, 2012, the Court convened a telephonic Case Management Conference to discuss the status of the case. The attorneys indicated that they anticipate this case will proceed to trial. Accordingly, the Court finds it appropriate to set the following pretrial dates:

　　　　1.　　The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **December 14, 2012**. The parties should consult Fed. R. Civ. P. 26(a)(3) for the substance of the required disclosures.

　　　　**Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of designated matters in evidence**.

　　　　2.　　No Memoranda of Contentions of Fact and Law are to be filed unless so ordered by the Court.

　　　　3.　　Counsel shall confer and take the action required by Local Rule 16.1(f)(4) on or

before **December 21, 2012**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment, lists of witnesses and their addresses including experts who will be called to testify, and written contentions of applicable facts and law. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(2)(c). Counsel shall cooperate in the preparation of the proposed final pretrial conference order.

4. The proposed final pretrial conference order, including written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be served on opposing counsel and <u>lodged</u> directly with Judge Hayes' chambers on or before **January 4, 2013** and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6). Any objections shall comply with the requirements of Fed. R. Civ. P. 26(a)(3). **Please be advised that the failure to file written objections to a party's pretrial disclosures may result in the waiver of such objections, with the exception of those made pursuant to Rules 402 (relevance) and 403 (prejudice, confusion or waste of time) of the Federal Rules of Evidence.**

5. The final pretrial conference is scheduled on the calendar of the Honorable William Q. Hayes on **January 11, 2013** at **11:00 a.m**. The trial date will be assigned by Judge Hayes at the pretrial conference.

6. The dates and times set forth herein will not be modified except for good cause shown.

7. Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

DATED: October 4, 2012

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge